# UNITED STATES DISTRICT COURT
# FOR THE
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PATRICIA WALKER,** | ) |
| *Plaintiff* | ) ) ) ) ) Case No.: 2:15-cv-01375-JFC |
| v. | ) ) |
| **FIRSTSOURCE FINANCIAL SOLUTIONS, LLC,** | ) ) ) ) |
| **Defendant** | ) |

## NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses the Complaint with prejudice.

Dated: <u>December 22, 2015</u>   BY: */s/ Craig Thor Kimmel*
Craig Thor Kimmel, Esquire
PA Attorney ID No. 57100
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888 ext. 116
Facsimile: (877) 788-2864
Email: kimmel@creditlaw.com
Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of December, 2015, a true and correct copy of the foregoing pleading served via mail to the below:

**James L. Duke, Esq.**
**Firstsource Advantage, LLC**
**205 Bryant Woods South**
**Amherst, New York 14228**

*/s/ Craig Thor Kimmel*
Craig Thor Kimmel, Esquire
PA Attorney ID No. 57100
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888 ext. 116
Facsimile: (877) 788-2864
Email: kimmel@creditlaw.com
Attorney for Plaintiff